THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KELLY ANN DUDEK | § | CASE NO. 17-41861-R |
| XXX-XX-9191 | § | |
| 9600 GAYLORD PARKWAY | § | CHAPTER 13 |
| APT # 1334 | § | |
| FRISCO, TX  75035 | § | |
| | § | |
| DEBTOR | § | |

MOTION TO DISMISS AND SETTING HEARING

**THE TRUSTEE REQUESTS THE COURT TO SET THIS MOTION FOR HEARING ON <u>October 18, 2017</u>, AT <u>10:00 am</u> AS FOLLOWS:**

**Plano Bankruptcy Courtroom
660 North Central Expressway
Third Floor
Plano, Texas 75074**

COMES NOW Carey D. Ebert, Chapter 13 Trustee, and files this Motion to Dismiss and Setting Hearing in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

1. The Debtor is not eligible to be a debtor because the Debtor has not received an individual or group briefing from an approved nonprofit budget and credit counseling agency during the 180-day period preceding the filing of the bankruptcy petition.

2. Failure to comply with 11 USC §109 is cause for dismissal.

WHEREFORE, PREMISES CONSIDERED, Carey D. Ebert, Chapter 13 Trustee, prays that this case be dismissed for cause.

    Respectfully submitted,

    <u>/s/ Carey D. Ebert</u>
    Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
    Office of the Standing Chapter 13 Trustee
    500 North Central Expressway, Suite 350
    Plano, Texas  75074
    (972) 943-2580 / Fax (972) 943-8050

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Motion to Dismiss and Setting Hearing has been served upon the following parties in interest by mailing a copy of same to them via first class mail and uploaded to the Court for service by the Bankruptcy Noticing Center to the parties on the Court's mailing matrix on the date set forth below.

KELLY ANN DUDEK  
9600 GAYLORD PARKWAY  
APT # 1334  
FRISCO, TX  75035

Dated: September 27, 2017                        /s/ Carey D. Ebert  
                                                                Office of the Standing Chapter 13 Trustee

PLA_Motion_Dismiss (Rev 10/9/14)